THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| AMMARI BOURGEOIS, | ) | No. 21-cv-491 |
| Plaintiff, | ) | |
| v. | ) | |
| STEVEN C. DUGAN and PLANT MAINTENANCE SERVICES, LLC, | ) | |
| Defendants. | ) | |

## Complaint & Jury Demand

1. It is time for Steve Dugan's "me too" moment. For 20 months, he relentlessly harassed Ammari Bourgeois, an administrative assistant in a company he owned. He didn't stop until he'd forced her to quit. Bourgeois brings these claims against him and the company to recover for the distress and money he cost her and, hopefully, to ensure he never does it again.

### Parties

2. **Plaintiff Ammari Bourgeois** is a resident of Bond County.

3. **Defendant Plant Maintenance Services, LLC** is an Illinois limited liability company with its principal place of business in Highland, Illinois.

4. **Defendant Steven C. Dugan** is a resident of Madison County

### Jurisdiction & Venue

5. This court has subject-matter jurisdiction under 28 U.S.C. § 1331 and § 1367 because Bourgeois's Title VII claims arise under federal law and her state-law claims arise from the same facts as the federal claim.

6. Venue is proper in this judicial district and this division because the events giving rise to the claims took place in Madison and Bond Counties.

1

## Allegations

7. Plant Maintenance Services, LLC hired Ammari Bourgeois as an administrative assistant in its Highland office in 2014.

8. For nearly four years, everything was swell.

9. But then Steven C. Dugan started showing up in the office.

10. Dugan owned the company but had rarely appeared in the office before.

11. He started making comments about Bourgeois's body, hair, and clothes.

12. Bourgeois cut her hair short; Dugan told her to "fix herself up" and "look more attractive."

13. Bourgeois wore a head-wrap one day; Dugan told her she looked like Aunt Jemima. (Bourgeois is Black.)

14. Bourgeois mentioned to a colleague that her mother was staying at Bourgeois and Bourgeois's husband's house. Dugan overheard and said, "I hope you have thick walls."

15. Bourgeois walked across the office to the copier; Dugan said, "I'd like to have a swing like that on my front porch."

16. Every time Dugan came to the office, he let fly with "honeys," "babys," and other comments about Bourgeois's appearance.

17. Bourgeois politely asked Dugan to stop. He didn't.

18. Bourgeois complained to her supervisors. They worked for Dugan, so they offered sympathy but little else.

19. Bourgeois complained to Dugan's co-owners. Nothing changed.

20. Bourgeois filed grievances with her union, which led to Dugan agreeing to leave her alone. But he quickly reneged and began again with the "honeys," "babys," and other comments.

21. Bourgeois finally contacted the EEOC.

22. Then the retaliation began.

23. First, Dugan told Bourgeois that his harassment was her fault. Her physical appearance was too distracting for him.

24. He ordered her, an officer worker, to de-sexualize herself by wearing to work the same protective coverall and work boots worn by the company workers who do industrial clean up.

25. Humiliated, Bourgeois complied.

26. Dugan told Bourgeois's co-workers that he did not take Bourgeois complaints or union grievances seriously.

27. Next, Dugan hired a new administrative assistant and ordered Bourgeois to give the new hire Bourgeois's desk, told her that all of Bourgeois's duties were now for the new hire, and ordered Bourgeois to train the new hire how to do Bourgeois's job.

28. Bourgeois got the message. She knew she was training her replacement. Knowing her days were numbered and unable to bear Dugan's misogyny and harassment any longer, she quit; constructively discharged for standing up to Dugan's leering and comments.

### Claims for Relief
#### Claim 1
Hostile Work Environment under the Illinois Human Rights Act
*Bourgeois v. Plant Maintenance Services, LLC and Steven C. Dugan*

29. Bourgeois realleges all other allegations here.

30. Plant Maintenance has about 100 employees.

31. Plant Maintenance employed Bourgeois.

32. Dugan subjected Bourgeois to verbal harassment because of her sex.

33. The harassment was unwelcome.

34. The harassment was severe enough and pervasive enough to alter the conditions of her employment.

35. The harassment caused Bourgeois mental and emotional pain and suffering.

#### Claim 2
Retaliatory Constructive Discharge under the Illinois Human Rights Act
*Bourgeois v. Plant Maintenance Services, LLC and Steven C. Dugan*

36. Bourgeois realleges all other allegations here.

37. Plant Maintenance has about 100 employees.

38. Plant Maintenance employed Bourgeois.

39. Bourgeois engaged in protected activity by opposing Dugan's sexual harassment.

40. Dugan constructively discharged Bourgeois by, among other things, harassing her to an intolerable degree, making it clear he would never stop harassing her, hiring an employee to replace her, and asking her to train that employee.

41. Dugan, and therefore Plant Maintenance, constructively discharged Bourgeois because she opposed his sexual harassment.

42. Because Dugan and Plant Maintenance constructively discharged Bourgeois, she suffered mental and emotional distress and lost wages.

Claim 3
Hostile Work Environment under Title VII of the Civil Rights Act
*Bourgeois v. Plant Maintenance Services, LLC*

43. Bourgeois realleges all other allegations here.

44. Plant Maintenance has about 100 employees.

45. Plant Maintenance employed Bourgeois.

46. Dugan subjected Bourgeois to verbal harassment because of her sex.

47. The harassment was unwelcome.

48. The harassment was severe enough and pervasive enough to alter the conditions of her employment.

49. The harassment caused Bourgeois mental and emotional pain and suffering.

Claim 4
Retaliatory Constructive Discharge under Title VII of the Civil Rights Act
*Bourgeois v. Plant Maintenance Services, LLC*

50. Bourgeois realleges all other allegations here.

51. Plant Maintenance has about 100 employees.

52. Plant Maintenance employed Bourgeois.

53. Bourgeois engaged in protected activity by opposing Dugan's sexual harassment.

54. Dugan constructively discharged Bourgeois by, among other things, harassing her to an intolerable degree, making it clear he would never stop harassing her, hiring an employee to replace her, and asking her to train that employee.

55. Dugan, and therefore Plant Maintenance, constructively discharged Bourgeois because she opposed his sexual harassment.

56. Because Dugan and Plant Maintenance constructively discharged Bourgeois, she suffered mental and emotional distress and lost wages.

## Prayer for Relief

Plaintiff respectfully requests that this Court enter a judgment with the following relief:

a. Compensatory damages for mental and emotional pain and suffering and lost wages
b. Punitive damages
c. Declaratory relief
d. Pre- and post-judgment interest
e. Attorneys' fees and costs
f. All other relief the Court finds just

Dated: May 15, 2021.

LAW OFFICE OF
THOMAS R. KAYES, LLC

By: /s/ Thomas R. Kayes
Thomas R. Kayes, #6315461
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60026
Tel: 708.722.2241
Email: tom@kayes.law

Counsel to Ammari Bourgeois

**Jury Demand**

Ammari Bourgeois demands a jury trial.

Dated: May 15, 2021.

LAW OFFICE OF
THOMAS R. KAYES, LLC

By: /s/ Thomas R. Kayes

Thomas R. Kayes, #6315461
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60026
Tel: 708.722.2241
Email: tom@kayes.law

Counsel to Ammari Bourgeois